IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>JOAN J ALLEYNE<br><br>**Debtor** | CHAPTER 13<br><br>BANKRUPTCY NO. 18-13392-DJB |

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, Chapter 13 Standing Trustee, and certifies that he served the attached Chapter 13 Standing Trustee's Notice of Final Cure Payment and Completion of Payments Under the Plan on the following parties:

A. at the address(es) listed below by first class mail, postage prepaid:

Debtor

    JOAN J ALLEYNE
    5718 PENTRIDGE STREET
    PHILADELPHIA, PA 19143

B. and by electronic service only:

Creditor

    US BANK, N.A.
    C/O FAY SERVICING, LLC.
    PO BOX 814609
    DALLAS, TX 75381-4609

Debtor's Attorney

    CIBIK LAW, P.C.
    MICHAEL A. CIBIK, ESQ.
    1500 WALNUT STREET
    SUITE 900
    PHILADELPHIA, PA 19102

Dated: 5/23/2025

/s/ Kenneth E. West
Kenneth E. West, Esquire
Chapter 13 Standing Trustee