United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-13392-djb

Joan J. Alleyne                                                           Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                     User: admin                              Page 1 of 3

Date Rcvd: May 23, 2025                  Form ID: 138OBJ                          Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joan J. Alleyne, 5718 Pentridge Street, Philadelphia, PA 19143-4511 |
| 14169535 | + | LSF9 Master Participation Trust In Care of Caliber, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 14113673 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14113677 | + | Professional Recovery Services, P.O. Box 603586, Charlotte, NC 28260-3586 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 24 2025 00:36:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 24 2025 00:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14113662 | | Email/Text: megan.harper@phila.gov | May 24 2025 00:36:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14113663 | | Email/Text: megan.harper@phila.gov | May 24 2025 00:36:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14128249 | + | Email/Text: megan.harper@phila.gov | May 24 2025 00:36:00 | CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1640 |
| 14113665 | | Email/Text: cfcbackoffice@contfinco.com | May 24 2025 00:36:00 | Continental Finance Co, PO Box 8099, Newark, DE 19714 |
| 14113659 | | Email/Text: CCBANKRUPTCY@CORTRUSTBANK.COM | May 24 2025 00:35:00 | Ccs/cortrust Bank, Attn: Bankruptcy, PO Box 7030, Mitchell, SD 57301 |
| 14113657 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | May 24 2025 00:45:00 | Caliber Home Loans Inc, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 14113658 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 24 2025 00:40:43 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14113660 | + | Email/Text: ecf@ccpclaw.com | May 24 2025 00:35:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14113664 | + | Email/Text: bankruptcy@philapark.org | May 24 2025 00:45:00 | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14113666 | + | Email/PDF: creditonebknotifications@resurgent.com | | |

| | | | |
|---|---|---|---|
| | | May 24 2025 00:40:20 | Credit One Bank, ATTN: Bankruptcy, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14113667 | | Email/Text: bankruptcycourts@equifax.com | |
| 14113668 | ^ MEBN | May 24 2025 00:36:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| | | May 24 2025 00:22:09 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14113669 | + Email/Text: bnc-bluestem@quantum3group.com | | |
| 14113670 | + Email/PDF: ais.fpc.ebn@aisinfo.com | May 24 2025 00:45:00 | Fingerhut, Bankruptcy Dept, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| | | May 24 2025 00:40:43 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 14113671 | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | May 24 2025 00:36:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14172916 | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | May 24 2025 00:36:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14170702 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | May 24 2025 00:40:22 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14166962 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | May 24 2025 01:19:47 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14166961 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | May 24 2025 00:40:08 | LVNV Funding, LLC its successors and assigns as, assignee of North Star Capital, Acquisition LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14166963 | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | May 24 2025 00:40:05 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14163174 | + Email/Text: bankruptcy@sccompanies.com | | |
| | | May 24 2025 00:45:00 | Massey's, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 14113672 | + Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | May 24 2025 00:40:11 | Merrick Bank/CardWorks, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14164984 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | May 24 2025 00:36:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14113675 | ^ MEBN | | |
| | | May 24 2025 00:22:14 | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14113674 | Email/Text: bankruptcygroup@peco-energy.com | | |
| | | May 24 2025 00:36:00 | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |
| 14113676 | + Email/Text: bankruptcy@philapark.org | | |
| | | May 24 2025 00:45:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14166976 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | May 24 2025 01:19:47 | Pinnacle Credit Services, LLC its successors and, assigns as assignee of SKEEZIX, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14171053 | + Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | May 24 2025 00:36:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14163173 | + Email/Text: bankruptcy@sccompanies.com | | |
| | | May 24 2025 00:45:00 | Stoneberry, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 14113679 | Email/Text: DASPUBREC@transunion.com | | |
| | | May 24 2025 00:35:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14600837 | ^ MEBN | | |
| | | May 24 2025 00:22:17 | U.S. Bank Trust National Association, c/o Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

District/off: 0313-2                                    User: admin                                    Page 3 of 3
Date Rcvd: May 23, 2025                          Form ID: 138OBJ                          Total Noticed: 38

14113680              Email/Text: exceptionreview@vivint.com
                                                          May 24 2025 00:35:00      Vivint Smart Home, 62992 Collection Drive,
                                                                                    Chicago, IL 60693

TOTAL: 34

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14113661 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14113678 | ##+ | Richard M. Squire, Esq., One Jenkintown Station, 115 West Avenue, Suite 104, Jenkintown PA 19046-2031 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 25, 2025                          Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MEGAN N. HARPER | on behalf of Creditor City of Philadelphia megan.harper@phila.gov  Edelyne.Jean-Baptiste@Phila.gov |
| MICHAEL A. CIBIK | on behalf of Debtor Joan J. Alleyne help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL JOHN CLARK | on behalf of Creditor LSF9 Master Participation Trust  c/o Caliber Home Loans, Inc. mclark@pincuslaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 138OBJ* (6/24)–doc 66 – 64

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|     Joan J. Alleyne | ) | Case No. 18–13392–djb |
| | ) | |
| | ) | |
|     Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: May 23, 2025

For The Court

Timothy B. McGrath
Clerk of Court